Office of the Standing Chapter 13 Trustee
105 Decker Court, Suite 1150
Irving, Texas 75062
(241) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **Jose Trinidad Cuellas, Jr.** | § | Case No. **22-30791-SWE** |
| | § | Chapter 13 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. 1302(c)**

The Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. Name of business: MRJ Company.

2. Location of business: Mansfield, Texas.

3. Type of business: commercial cleaning company.

4. Type of business entity: sub chapter S.

5. Business license current: not required.

6. Business insurance current: yes.

7. All required federal tax returns have been filed: yes.
   If no, list unfiled returns:

8. Debtor obtains trade credit in the operation of the business: no.

9. Number of employees or contract laborers (excluding family members): 12 to 15 as needed.

10. The result of the Trustee's investigation pursuant to 11 U.S.C. 1106(a) is summarized in Exhibit I.

Dated this __29th__ day of __July__ 2022.

/s/ Thomas D. Powers_____
Thomas D. Powers
Standing Chapter 13 Trustee

EXHIBIT I.

Analysis of Financial Data and Trustee's Recommendation

Case Name:    Jose Trinidad Cuellas, Jr.
Case No.:    22-30791

|  | Tax Year 2020 | Monthly Average | P & L 6 months 3-2022 | Monthly Average | Schedule I & J | CMI B22C |
|---|---|---|---|---|---|---|
| Gross Income | 548,078 | 45,673 | 171,408 | 28,568 | 28,617 | 28,568 |
| Less Cost of Goods Sold | 2,948 | 246 |  |  |  |  |
| Gross Profit | 545,130 | 45,428 | 171,408 | 28,568 | 28,617 | 28,568 |
| Less Business Expenses | 596,622 | 49,719 | 169,482 | 28,247 | 19,728 | 28,247 |
| **Net Profit** | (51,492) | (4,291) | 1,926 | 321 | 8,889 | 321 |
| Plus Paid to Owner |  |  | 56,932 | 9,489 | [1]500 |  |
| Plus Depreciation | 2,625 | 219 |  |  |  |  |
| Plus Other Income |  |  |  |  | 3,467 | 2,788 |
| Total Before Tax Income | (48,867) | (4,072) | 58,858 | 9,810 | 12,856 | 3,109 |
| Less Income & SE Taxes |  |  |  |  | 1,004 |  |
| Net After Tax Income | (48,867) | (4,072) | 58,858 | 9,810 | 11,852 | 3,109 |

Mr. Cuellas has owned a commercial cleaning service for eighteen years. The company sustained a net operating loss in 2020 although it was profitable during the six-month period ending in March 2022. However, the plan payments are delinquent. Post-petition payroll taxes have not been paid. Post-petition personal living expenses have not been paid. Estimated tax payments have not been paid for 2022. For these reasons, the plan is deemed to be not feasible.

It is the opinion of the Trustee pursuant to 11 U.S.C. 1302(c) and 1106(a), based upon the financial data furnished by the debtor, that the debtor's business is not viable, the continuance of the business is not desirable and **the plan is not feasible**. The Trustee is not aware of any facts pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, or of a cause of action available to the estate.

---

[1] Estimated tax payments deducted as a business expense.